IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRANCES and SIMON GARCIA**                                                              **PLAINTIFFS**

**v.**                                             **4:04-CV-00019-WRW**

**WYETH, INC.,** *et al.*                                                                 **DEFENDANTS**

ORDER

Pending is Plaintiffs' Motion to Consolidate Cases (Doc. No. 24). Defendants have responded.

Plaintiffs seek to consolidate, under Fed. R. Civ. P. 42, their two cases filed against different drug manufacturers, because they "share common issues of law and fact, the parties would not be prejudiced by consolidation, and because consolidation would serve the interests of judicial economy."

These cases were transferred, under 28 U.S.C. § 1407(a), to the MDL pending in the Eastern District of Arkansas. An MDL transferee court has jurisdiction for pretrial proceedings only, and a case transferred under 28 U.S.C. § 1407 "shall be remanded . . . at or before the conclusion of such pretrial proceedings to the district from which it was transferred."[1]

Since this case is here for pretrial purposes only, consolidation is improper -- regardless of whether the criteria for consolidation under Fed. R. Civ. P. 42(a) are satisfied.[2]

Accordingly, the Motion to Consolidate is DENIED.

IT IS SO ORDERED this 27th day of November, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1407(a).

[2] See *In re Penn Central Commercial Paper Litigation*, 62 F.R.D. 341, 344 (S.D.N.Y. 1974).